1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
5
6  Attorneys for Plaintiff

7

8

9

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13  BYRON CHAPMAN,                    Case No. CIV.S-08-00748-LKK-KJM
14        Plaintiff,
15                                    **PLAINTIFF'S REQUEST TO**
        vs.                           **CONTINUE STATUS**
16                                    **CONFERENCE AND ORDER**
17  LUDYS, INC. dba LUDY'S MAIN       **THEREON**
    STREET BBQ & CATERING,
18
          Defendant.
19
    _____/
20

21

22      Plaintiff hereby requests that the date for the Status Conference be

23
    continued at least twenty one (21) days or to a date more convenient for the Court.
24
    Plaintiff makes this request due to the fact that defendant Ludys, Inc. dba Ludy's
25

26  Main Street BBQ & Catering has been served in this action, but has not yet

27
    appeared. Therefore, plaintiff respectively submits that it would be counter
28

productive to file a Status Report or hold a Status Conference at this time.

Dated: June 20, 2008          DISABLED ADVOCACY GROUP, APLC


             /s/ Lynn Hubbard, III, Esquire
            LYNN HUBBARD III
            Attorney for Plaintiff Byron Chapman


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Status Conference is hereby continued to September 8, 2008 at 3:30 p.m.  Status reports to be filed ten (10) days prior.

Dated: June 23, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT