1

2

3

4

5

6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

        NO. Civ.S-08-748 LKK/KJM

      Plaintiff,

   v.                **ORDER RE DISPOSAL DOCUMENTS AFTER**

LUDY'S INC., dba LUDY'S      **NOTIFICATION OF SETTLEMENT**
MAIN STREET BBQ & CATERING,

      Defendant.
_____/

    Counsel for plaintiff has filed a Notice of Settlement in the

above-captioned case.  The court now orders that the dispositional

documents disposing of the case be filed no later than thirty (30)

days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby

**VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

////

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  April 7, 2009.

4

5

6       _____
        LAWRENCE K. KARLTON

7       SENIOR JUDGE
        UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26