1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  CRIS VAUGHN, SBN 99568
   VAUGHN & ASSOCIATES
8  6207 SOUTH WALNUT STREET, SUITE 800
   LOOMIS, CALIFORNIA 9650
   Telephone: (916) 660-9401
9  Facsimile: (916) 660-9378

10 Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | Case No. CIV. S-08-00748-LKK-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LUDY'S, INC. dba LUDY'S MAIN STREET BBQ & CATERING, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, BYRON CHAPMAN, and defendant, LUDY'S, INC. dba LUDY'S MAIN STREET BBQ & CATERING, , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 29, 2009  DISABLED ADVOCACY GROUP, APLC

*/s/ lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 29, 2009  VAUGHN & ASSOCIATES

*/s/ Cris Vaughn*
CRIS VAUGHN
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-00748-LKK-KJM, is hereby dismissed with prejudice.

Dated: May 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT